IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LUKE MILLS**  **PLAINTIFF**
**#119075**

VS. 4:23-cv-00702-BRW

**HUFFMAN, Captain,**
**Faulkner County Jail;** *et al.*  **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. (Doc. 4.)   No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Therefore, the Complaint (Doc. 2) is dismissed without prejudice for failing to state a claim upon which relief may be granted, and this case is closed.   I recommend that, in the future, dismissal of this lawsuit counted as a strike.[1]   An *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[2]

IT IS SO ORDERED this <u>4th</u> day of October  2023.

                    BILLY ROY WILSON
                    UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(g).

[2] 28 U.S.C. § 1915(a)(3).